Mark A. MILLER, Petitioner-
Appellant,

v.

David EVERETT; et al., Defendants-
Appellees.

No. 16-16745

United States Court of Appeals,
Ninth Circuit.

Submitted March 8, 2017 *

Filed March 20, 2017

Mark A. Miller, Pro Se

D. Randall Gilmer, Deputy Attorney
General, AGNV—Office of the Nevada At-
torney General (Las Vegas), Las Vegas,
NV, for Defendants-Appellees

Before: LEAVY, W. FLETCHER, and
OWENS, Circuit Judges.

MEMORANDUM **

Nevada state prisoner Mark A. Miller
appeals pro se from the district court's
order denying his motion for a preliminary
injunction. We have jurisdiction under 28
U.S.C. § 1292(a). We review for an abuse
of discretion. *Planned Parenthood Ari-
zona, Inc. v. Humble*, 753 F.3d 905, 911
(9th Cir. 2014). We may affirm on any
ground supported by the record. *Trimble
v. City of Santa Rosa*, 49 F.3d 583, 584
(9th Cir. 1995). We affirm.

The district court did not abuse its dis-
cretion in denying Miller's request for in-
junctive relief after concluding that, on the
record before it, Miller did not establish a
likelihood that he would succeed on his
medical deliberate indifference claim. *See
Planned Parenthood Arizona, Inc.*, 753
F.3d at 911 (plaintiff seeking a preliminary
injunction must establish, among other
things, that he is likely to succeed on the
merits); *see also Toguchi v. Chung*, 391
F.3d 1051, 1057-60 (9th Cir. 2004) (deliber-
ate indifference is a high legal standard;
medical malpractice, negligence, or a dif-
ference of opinion regarding the course of
treatment is not sufficient to establish de-
liberate indifference).

Miller was not entitled to injunctive re-
lief regarding his retaliation claim because,
on the record presented to the district
court, he did not establish a likelihood that
he would succeed on that claim. *See Bro-
dheim v. Cry*, 584 F.3d 1262, 1269 (9th Cir.
2009) (elements of retaliation claim in pris-
on context).

We do not consider matters not specifi-
cally and distinctly raised and argued in
the opening brief. *See Padgett v. Wright*,
587 F.3d 983, 985 n.2 (9th Cir. 2009).

**AFFIRMED.**

---

* The panel unanimously concludes this case is
suitable for decision without oral argument.
*See* Fed. R. App. P. 34(a)(2).

** This Disposition Is Not Appropriate for Publi-
cation and Is Not Precedent Except as Provid-
ed By Ninth Circuit Rule 36-3.